# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**                                        &#124; | Case No. 24-10440-CJP |
| S.O. Express Moving Int'l, Inc,  &#124; | Chapter 7 |
| **Debtor(s)**                              &#124; | |

### Debtor's Motion to Reconsider

*Now come*s the debtor in the above-captioned case, and hereby moves this honorable Court to reconsider its linked Order to Update, at Docket No. 5, ordering that the debtor file certain documents. As reasons therefore, counsel for the debtor states as follows:

1. The first document ordered to be filed, the Disclosure of Ownership Statement (FRBP 1007(a)(1)), was already filed with the original Petition at page 30, accompanied by a declaration of electronic filing.

2. The second document ordered to be filed, a List of Equity Security Holders (FRBP 1007(a)(3)), is only required to be filed in Chapter 11 cases. *Id.*

*Wherefore*, for the foregoing reasons, the debtor respectfully requests that this honorable Court allow this Motion to Reconsider, release the Order to Update, and take whatever further action is proper and just.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | S.O. Express Moving International, Inc., |
|  | By its attorney, |
| **Dated: Monday, March 11, 2024** | /s/ William C. Parks |
|  | William C. Parks (BBO# 679820) |
|  | 100 State St, Suite 900, Boston, MA 02109 |
|  | Phone: (617) 523-0712; Email: will@wparkslaw.com |

## Certificate of Service

I, William C. Parks, undersigned, hereby certify that on this day, March 11, 2024, I made service of the above Motion by the Court's CM/ECF system as follows:

**Richard King** (USTPRegion01.BO.ECF@USDOJ.GOV)
**Harold B. Murphy** (mxc@hanify.com)

And by first-class mail, postage pre-paid, to:

/s/ William C. Parks (BBO# 679820)