

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| S.O. Express Moving International, Inc. | Chapter 7<br>24-10440-CJP |
| Debtor | |

### ORDER

**MATTER:**
#12 Motion filed by Trustee Harold B. Murphy for Sale of Property free and clear of liens under Section 363(f) Re: 2008 Isuzu NRR Box Truck.

NO OBJECTIONS HAVING BEEN FILED AND GOOD CAUSE APPEARING FOR THE RELIEF REQUESTED, THE MOTION BY CHAPTER 7 TRUSTEE FOR ENTRY OF ORDER AUTHORIZING SALE OF MOTOR VEHICLE BY PUBLIC AUCTION SALE, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS IS GRANTED AS WILL BE SET FORTH IN A SEPARATE ORDER TO ENTER. THE HEARING SCHEDULED FOR JUNE 11, 2024 IS CANCELLED AS UNNECESSARY.

THE TRUSTEE SHALL SUBMIT A PROPOSED FORM OF ORDER IN WORD FORMAT TO CJP@MAB.USCOURTS.GOV.

Dated: 06/10/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge